MATTHEW NOVIAN (SBN 324144)
matthew@novianlaw.com
NIKKU KHALIFIAN (SBN 327550)
nikku@novianlaw.com
**NOVIAN & NOVIAN, LLP**
1801 Century Park East, Suite 1201
Los Angeles, California 90067
Telephone: (310) 553-1222
Facsimile: (310) 553-0222

Attorneys for Defendants

STEPHEN SOMMERS (SBN 225742)
Ssommers@justice4you.com
CHARLENE TSAI (SBN 353230)
ctsai@justice4you.com
**ARNOLD LAW, PC**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK O'BRIAN, individually and on behalf of all those similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>MARKETSHARE, INC.; and PATRICK GREEN,<br><br>　　　　　Defendants. | Case No. 2:25-cv-01179-WBS-CKD<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION**<br><br>Complaint Filed:　April 23, 2025<br>Trial Date:　　　None Set |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff PATRICK O'BRIAN ("Plaintiff") and Defendants MARKETSHARE, INC. and PATRICK GREEN ("Defendants") (together, the "Parties"), by and through their respective attorneys of record, hereby stipulate – in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and this Court's November 6, 2025 Order – to the dismissal of Plaintiff's remaining claims in the above-captioned action, as follows:

**WHEREAS**, Plaintiff filed his complaint in the Action on or around April 23, 2025 (the "Complaint") and Defendants filed their answer to the Complaint on or around June 18, 2025;

**WHEREAS,** on or around November 6, 2025, the Parties filed a Notice of Settlement and Stipulation of Dismissal Without Prejudice (the "Notice") that, in relevant part, (i) notified this Court that the Parties had reached an agreement to resolve Plaintiff's individual claims and (ii) set forth the Parties' stipulation to dismiss Plaintiff's representative PAGA claims;

**WHEREAS,** on or around November 6, 2025, this Court, having considered the Notice and good cause appearing, ordered that (i) all pending deadlines and hearings in this Action are vacated and (ii) Plaintiff's sixth cause of action alleging violations of the Private Attorneys General Act ("PAGA") is dismissed (the "Order").

**WHEREAS,** the only claims remaining in this Action are (i) Plaintiff's individual Fair Labor Standards Act ("FLSA") and Labor Code claims[1] (the "Individual Claims") and (ii) Plaintiff's collective FLSA and class Labor Code claims (the "Collective Claims");

**WHEREAS,** Plaintiff, after careful consideration of (i) the settlement of the Individual Claims, (ii) the proportionality of any potential recovery for the Collective Claims relative to the litigation costs that would be incurred, (iii) the duplicative nature of the alleged violations

---

[1] Plaintiff seeks to dismiss his non-representative PAGA claims to the extent not already subsumed by the Notice and Order dated November 6, 2025.

already addressed through the individual resolution, and (iv) the interests of judicial economy and conservation of Court resources, has determined in good faith that continued pursuit of the Collective Claims would serve no meaningful remedial purpose and therefore elects to voluntarily dismiss such claims;

**WHEREAS,** the Parties agree that the rights of other putative collective/class members will not be prejudiced and they do not otherwise have expectations of recovery because (i) the other putative collective/class members retain the right to pursue their own claims in the future if they so wish and (ii) the Parties have not engaged in discovery with respect to the other putative collective/class members, Plaintiff has not sought their express consent to pursue this lawsuit on their behalf, and they have not otherwise been notified of this lawsuit.

**WHEREAS,** the Parties fully executed a settlement agreement on or around November 12, 2025;

**WHEREAS,** the Order further directed the Parties to file the final dismissal documents by November 25, 2025 and reset the Scheduling Conference for December 15, 2025 at 1:30 p.m;

**WHEREAS**, the Parties agree that, in light of the Parties settlement and instant Stipulation, vacating the December 15, 2025 Scheduling Conference will conserve the Parties', their counsels', and this Court's time and resources;

**NOW THEREFORE,** the Parties stipulate and Plaintiff agrees to voluntarily dismiss the entire Action, namely Plaintiff's Individual Claims **WITH PREJUDICE** and Plaintiff's Collective Claims **WITHOUT PREJUDICE**, as follows:

1. Plaintiff's First Cause of Action for Violation of FLSA – Failure to Pay Minimum Wage is dismissed **WITH PREJUDICE** as to Plaintiff, and **WITHOUT PREJUDICE** as to any putative collective members;

2. Plaintiff's Second Cause of Action for Failure to Pay Minimum Wages in Violation of the California Labor Code is dismissed **WITH PREJUDICE** as to Plaintiff, and **WITHOUT PREJUDICE** as to any putative class members;

3. Plaintiff's Third Cause of Action for Failure to Provide Compliant Wage Statements in Violation of the California Labor Code is dismissed **WITH PREJUDICE** as to Plaintiff, and **WITHOUT PREJUDICE** as to any putative class members;

4. Plaintiff's Fourth Cause of Action for Failure to Pay Wages When Due in Violation of the California Labor Code is dismissed **WITH PREJUDICE** as to Plaintiff, and **WITHOUT PREJUDICE** as to any putative class members;

5. Plaintiff's Fifth Cause of Action for Failure to Timely Pay Wages on Separation from Employment (Waiting Time) in Violation of the California Labor Code is dismissed **WITH PREJUDICE** as to Plaintiff, and **WITHOUT PREJUDICE** as to any putative class members;

6. Plaintiff's Seventh Cause of Action for Violation of FLSA – Retaliation is dismissed **WITH PREJUDICE**; and

7. Plaintiff's Eighth Cause of Action for Violation of California Labor Code § 1102.5 is dismissed **WITH PREJUDICE**.

**IT IS SO STIPULATED.**

DATED:  November 18, 2025              **NOVIAN & NOVIAN LLP**

By:   /s/ Nikku Khalifian
MATTHEW NOVIAN
NIKKU KHALIFIAN

Attorneys for Defendants

1    DATED:  November 18, 2025                **ARNOLD LAW, PC**

2                                        By:    /s/ Charlene Tsai
3                                            STEPHEN SOMMERS
                                            CHARLENE TSAI
4
                                            Attorneys for Plaintiff
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION OF DISMISSAL OF ENTIRE ACTION**

## ORDER

The Court, having considered the Parties' Stipulation of Dismissal of Entire Action and good cause appearing **HEREBY ORDERS** that:

1. The Scheduling Conference set for December 15, 2025 is vacated.

2. All of Plaintiff's remaining claims in the Action are dismissed, as follows:

   a. Plaintiff's First Cause of Action for Violation of FLSA – Failure to Pay Minimum Wage is dismissed, **WITH PREJUDICE**, as to Plaintiff, and **WITHOUT PREJUDICE** as to any putative collective members;

   b. Plaintiff's Second Cause of Action for Failure to Pay Minimum Wage in Violation of the California Labor Code is dismissed, **WITH PREJUDICE**, as to Plaintiff, and **WITHOUT PREJUDICE** as to any putative class members;

   c. Plaintiff's Third Cause of Action for Failure to Provide Compliant Wage Statements in Violation of the California Labor Code is dismissed, **WITH PREJUDICE**, as to Plaintiff, and **WITHOUT PREJUDICE** as to any putative class members;

   d. Plaintiff's Fourth Cause of Action for Failure to Pay Wages When Due in Violation of the California Labor Code is dismissed, **WITH PREJUDICE**, as to Plaintiff, and **WITHOUT PREJUDICE** as to any putative class members;

   e. Plaintiff's Fifth Cause of Action for Failure to Timely Pay Wages on Separation from Employment (Waiting Time) in Violation of the California Labor Code is dismissed, **WITH PREJUDICE**, as to Plaintiff, and **WITHOUT PREJUDICE** as to any putative class members;

   f. Plaintiff's Seventh Cause of Action for Violation of FLSA – Retaliation is dismissed **WITH PREJUDICE**; and

g.  Plaintiff's Eight Cause of Action for Violation of California Labor Code §

1102.5 is dismissed **WITH PREJUDICE**;

**IT IS SO ORDERED.**


Dated:  November 18, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**ORDER**

## CERTIFICATE OF SERVICE

I certify that all counsel of record who are deemed to have consented to electronic service are being served with a true and correct copy of the above document on November 18, 2025, via the Court's CM/ECF system. Any other parties or counsel of record will be served by regular and/or electronic mail.

*/s/ Nikku Khalifian*
Nikku Khalifian